IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Alisa Jones,<br>Plaintiff,<br><br>v.<br><br>Dikar S. Coop, LTDA, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | C/A No.: 2:25-cv-03412-RMG<br><br><br><br>**PLAINTIFF'S EXPERT DISCLOSURES PURSUANT TO FRCP 26(a)(2)** |

The Plaintiff, by and through her attorneys, hereby files this disclosure of expert testimony pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. The Plaintiff identifies the following expert witnesses:

**Rule 26(a)(2)(B) Disclosure and Certification**

Plaintiff discloses the following liability expert witness and certifies a written report and all information required by Rule 26(a)(2)(B) has been disclosed to counsel for the Defendant:

1. **Cassandra L. Townsend, Med, LPC, CRC, IPEC, CEAS I**
   **Focus Resources, LLC**
   **103 Canoy Lane, Suite 113 Box 131**
   **Clemson, SC 29631**

   **Ms. Townsend is a vocational rehabilitation consultant and counselor. She is expected to testify as to her evaluation of the Plaintiff's employability and to the damages associated with Plaintiff's injuries.**

2. **Kyle Kokko, MD, PhD**
   **Charleston Hand Surgery, LLC**
   **2756 Colonel Harrison Drive**
   **Johns Island, SC 29455**

   **Dr. Kokko is an orthopedic hand and wrist surgeon. He will testify as to his treatment plan for the Plaintiff, extent of Plaintiff's injuries, and to the damages associated with Plaintiff's injuries.**

**3. Cheryl P. Mathis RN, CLNC, CNLCP, CMCPS**
**PCMS Medical-Legal Services**
**209 Plantation Drive**
**Manning, SC 29102**

**Ms. Mathis is a Life Care Planner. She is expected to give testimony and opinions relating to her field of expertise as well as her case analysis of the Plaintiff's future medical care. Ms. Mathis will outline the Plaintiff's future medical care costs.**

**4. Stephen A. Batzer, Ph.D., P.E.**
**Batzer Engineering**
**8383 M113E**
**Fife Lake, MI 49633**

**Mr. Batzer is a mechanical engineer. He is expected to testify as to his evaluation, testing, fact-findings, and professional opinions in regard to the underlying incident and the subject muzzleloader, including its design manufacture, and warnings.**

**Rule 26(a)(2)(C) Disclosure and Certification**

**1. Trident Medical Center**
**9330 Medical Plaza Drive**
**Charleston, SC 29406**

1. **Christian X. Graf, MD, attending physician emergency medicine**

   **Dr. Graf was the attending physician during the Plaintiff's admission. He may testify as to his treatment of the Plaintiff and the damages associated with Plaintiff's injuries.**

2. **Brent M. Jewett, MD, ordering physician emergency medicine**

   **Dr. Jewett was the ordering physician for the Plaintiff's trauma workup He may testify as to his treatment and the damages associated with Plaintiff's injuries.**

**2. Medical University of South Carolina**
**171 Ashley Avenue**
**Charleston, SC 29425**

1. **Dane N. Daley, MD, orthopedic surgeon**

**Dr. Daley is an orthopedic surgeon who provided extensive surgical and follow-up care to the Plaintiff. He may testify as to his treatment of the Plaintiff and the damages associated with Plaintiff's injuries.**

Plaintiff reserves the right to call upon any and all medical providers, to provide expert testimony pertaining to their treatment of Alisa Jones.

**Reservation of Rights**

Plaintiff and her experts reserve the right to supplement their disclosure to the extent permitted by Rule 26(e) of the Federal Rules of Civil Procedure. Plaintiff reserves the right to designate additional experts or for the above-named experts to offer additional opinions in response to any expert designated by the Defendant. Plaintiff further reserves the right to substitute a new expert if any of the individuals identified above subsequently become unavailable to testify due to circumstances beyond Plaintiff's control.

(Signature Page to Follow)

PARKER LAW GROUP, LLP

BY: ***s/Austin H. Crosby***

Austin H. Crosby, Fed ID: 11536
acrosby@parkerlawgroupsc.com
Derek D. Tarver, Fed ID: 12729
dtarver@parkerlawgroupsc.com
101 Mulberry Street East
Post Office Box 487
Hampton, South Carolina 29924
(803) 903-1781

AND

Crystal H. Swinford, Fed ID: 13064
Donnie Gamache, Attorney at Law, LLC
myinjuryteam@gamachelawfirm.com
Post Office Box 550
Summerville, South Carolina 29484
(843) 821-8280

ATTORNEYS FOR PLAINTIFF

April 9, 2026
Hampton, South Carolina