**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| ALISA JONES,<br><br>Plaintiff,<br>v.<br><br>DIKAR S. COOP, LTDA, BLACKPOWDER PRODUCTS, INC. (D/B/A BPI OUTDOORS, CONNECTICUT VALLEY ARMS, AND/OR CVA), AND MIDWAYUSA, AND HOGDON POWER CO.,<br><br>Defendants. | Civil Action No. 2:25-cv-03412-RMG<br><br>**STIPULATION OF DISMISSAL**<br>(as to defendant, Hodgdon Powder Company, Inc.) |

NOW, THEREFORE, Robinson Gray Stepp & Laffitte, L.L.C., attorneys for the defendant, Hodgdon Powder Company, Inc., by and with the consent of attorneys for the plaintiff, Alisa Jones, and with the consent of attorneys for the defendants, Dikar S. Coop, LTDA and Blackpowder Products, Inc., do hereby declare and stipulate as follows.

IT IS STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the Complaint in the above-entitled action be dismissed as to the defendant, Hodgdon Powder Company, Inc., with prejudice. The case shall remain pending against the defendants, Dikar S. Coop, LTDA and Blackpowder Products, Inc.

It is hereby stipulated this 20th day of April, 2026.

[signature on following page]

**WE SO MOVE/CONSENT:**

*s/ Austin H. Crosby*

Austin H. Crosby, Fed ID: 11536
acrosby@parkerlawgroupsc.com
Derek D. Tarver, Fed ID: 12729
Parker Law Group, LLP
101 Mulberry Street East
Post Office Box 487
Hampton, South Carolina 29924
(803) 903-1781

AND

Crystal H. Swinford, Fed ID: 13064
Donnie Gamache, Attorney at Law, LLC
Post Office Box 550
Summerville, South Carolina 29484
Telephone: 843.821.8280
myinjuryteam@gamachelawfirm.com
ATTORNEYS FOR PLAINTIFF

Date: April 20, 2026

**WE SO MOVE/CONSENT:**

*s/ James Singer*

James E Singer, Admitted PHV
jes@boviskyle.com
Bovis Kyle Burch and Medlin LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338
770-391-9100

AND

Kenneth Michael Barfield, ID No. 7954
mbarfield@barnwell-whaley.com
Barnwell Whaley Patterson and Helms
PO Drawer H, 211 King Street, Suite 300
Charleston, SC 29402
843-577-7700
ATTORNEYS FOR DEFENDANTS DIKAR S. COOP, LTDA AND BLACKPOWDER PRODUCTS, INC.

Date: April 20, 2026

**WE SO MOVE/CONSENT:**

Christopher Renzulli, Admitted PHV
crenzulli@renzullilaw.com
Jeffrey Malsch, Admitted PHV
jmalsch@renzullilaw.com
Renzulli Law Firm LLP
One North Broadway, Suite 1005
White Plains, NY 10601
914-285-0700

AND

*s/ John M. Montgomery*

John M Montgomery, ID: 10290
mmontgomery@robinsongray.com
Robinson Gray Stepp and Laffitte LLC
PO Box 11449
Columbia, SC 29211
803-231-7833
ATTORNEY FOR DEFENDANT HODGDON POWDER COMPANY, INC.

Date: April 20, 2026