IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Alisa Jones,<br><br>Plaintiff,<br><br>vs.<br><br>Dikar S. Coop, LTDA, Blackpowder Products, Inc. (d/b/a BPI Outdoors, Connecticut Valley Arms, and/or CVA), Midway USA, and Hodgdon Power Co.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C/A No. 2:25-cv-03412-RMG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS DIKAR S. COOP, LTDA AND BLACKPOWDER PRODUCTS, INC. (Ends Case)** |

NOW THEREFORE, Barnwell Whaley Patterson & Helms, LLC, attorneys for Defendants Dikar S. Coop, LTDA and Blackpowder Products, Inc., by and with the consent of attorneys for Plaintiff, Alissa Jones, do hereby declare and stipulate as follows:

IT IS STIPULATED, pursuant to Rule 41(a)(1(A)(ii) of the Federal Rules of Civil Procedure, that the Complaint in the above-entitled action be dismissed with prejudice as to Defendants Dikar S. Coop, LTDA and Blackpowder Products, Inc. This dismissal ends this action in total.

It is hereby stipulated to this 15th day of July 2026.

*[signatures on following page]*

| | |
|---|---|
| **WE SO MOVE AND CONSENT:**<br><br>*s/ Austin H. Crosby*<br>Austin H. Crosby (Fed. ID 11536)<br>Derek D. Tarver (Fed. ID 12729)<br>Parker Law Group, LLP<br>PO Box 487<br>Hampton, SC 29924<br>Phone: (803) 903-1781<br>Email: acrosby@parkerlawgroupsc.com<br>dtarver@parkerlawgroupsc.com<br><br>and<br><br>*s/ Crystal H. Swinford*<br>Crystal H. Swinford (Fed. ID 13064)<br>Donnie Gamache, Attorney at Law, LLC<br>PO Box 550<br>Summerville, SC 29484<br>Phone: (843) 821-8280<br>E-mail: myinjuryteam@gamachelawfirm.com<br><br>***Counsel for Plaintiff Alissa Jones*** | **WE SO MOVE AND CONSENT:**<br><br>*s/K. Michael Barfield*<br>K. Michael Barfield (Fed. ID 7954)<br>Barnwell Whaley Patterson & Helms, LLC<br>P.O. Drawer H<br>Charleston, SC 29402<br>Phone: (843) 577-7700<br>Email: mbarfield@barnwell-whaley.com<br><br>and<br><br>s/*James E. Singer*<br>James E. Singer (Georgia Bar No. 649028)<br>Bovis Kyle Burch and Medlin, LLC<br>200 Ashford Center North, Suite 500<br>Atlanta, Georgia 30338-2680<br>Phone: (770) 391-9100<br>E-mail: jes@boviskyle.com<br><br>***Counsel for Defendants Dikar S. Coop, LTDA and Blackpowder Products, Inc.*** |

July 15, 2026
Charleston, South Carolina